# COMPLAINT

2017 MAR -3 PM 12: 18

DATE FILED: March 3, 2017
CASE NUMBER: 2017CV73

Roland Chambers Jr. c/o Reliable Brokering

16890 E. Alameda Pkwy.

Unit # 471866

Aurora, CO 80047

17 CV 73

Div 15

Plaintiff:

Roland Chambers Jr. c/o Reliable Brokering

Vs.

Defendants:

Amazon.com Inc., CCMusic.com, CD Baby, CD Universe,

HBDirect.com, Sears.com

## COMPLAINT FOR:

**Professional Negligence, Copyright Infringement, DMCA Violation, Illegal Distribution, and Exclusive Right to Reproduction**

**EXHIBIT 3**

1. Plaintiff Roland Chambers Jr. c/o Reliable Brokering (hereinafter "Plaintiff") makes the claims of Professional Negligence, Copyright Infringement, Violation of the DMCA, Illegal Distribution, and Violation of Exclusive Right to Reproduction. The claim is made against the Defendants: Amazon.com, CCMusic.com, CD Baby.com, CDUniverse.com, HBDirect.com, Sears.com, (hereinafter "Defendants").

**Jurisdiction and Venue**

2. This Court has jurisdiction over all causes of action asserted herein pursuant to the Federal Question, because this case is a cause given by statute to Federal Courts.
3. Also, venue is proper because the Plaintiff resides in this judicial district, Arapahoe County, CO.

**Parties**

4. Plaintiff: Roland Chambers Jr. c/o Reliable Brokering

5. Defendants: Amazon.com, CC Music.com, CD Baby.com, CD Universe.com, HBDirect.com and Sears.com

**Factual Claims**

6. In the year of 2001 Plaintiff provided Defendant (CD Baby) with 5 compact discs, which contained 11 songs and 1 video to act as an "online consigner" only. Out of the 12 pieces of work 6 songs were registered with the United States Copyright Office for exclusive copyright ownership to Reliable Brokering a business owned and operated by Roland Chambers Jr.

7. Plaintiff discovered the compact disc including the 6 songs registered with the Copyright Office were still selling in 2014 beyond the quantity ever produced, and in various formats including digital files and physical discs.

**EXHIBIT 3**

8. Defendant (CD Baby) made no payment for the disc until 2014 after
   Plaintiff purchased one disc via Amazon.com. CD Baby could not account
   for the other 4 disc, which; defendant has a 2014 email proving such.

9. CD Baby was discovered selling the copyrighted works in digital download
   format and the physical compact disc format. **The plaintiff never made the
   files in a digital form and this action by CD Baby not only violates the
   Copyright Act, but it also violates the DMCA and exclusive right to
   reproduce. The barcodes were never scanned and the digital files did
   not contain the proper ISRC codes.**

10. The Plaintiff has URL links along with screenshots of Amazon.com, CD
    Baby.com, CCMusic.com, CDUniverse.com, HBDirect.com, and Sears.com,
    offering the physical copy for sale and offering digital files for download
    that were taken in 2014 which; constitutes infringement and violates the
    DMCA.which; violates the Plaintiff's copyrights. Amazon.com offered the
    disc through third party vendors on the United States website including
    domains in Spain, Italy, England, Germany, India, France, Japan, and
    Denmark for **prices around $200.00**. The product contained catalog
    numbers from CD Baby.com and Amazon.com catalog numbers.

11. The demand breakdowns for each defendant are attached along with
    explanation of STATUTORY and PUNITIVE DAMAGES.

Date **02 - 0 5 - 2017**            Signed by: _____

Roland Chambers Jr. c/o Reliable Brokering

*Plaintiff*

Catalog Numbers

Cd Universe Part#7145399 Catalog #5637432920

Amazon.com Item #B000CADC7Q

entertainment.sears.com/pimp-associates-planet-pimp/643157039525

HBDirect.com Catalog # CDBY 5637432920

CCMusic.com Item# CDBY39525

EXHIBIT 3

*Ex, /*

**Collectors Choice Music**
<mcatalog@ccmusic.com>


me

2/28/14

DATE FILED: March 3, 2017
CASE NUMBER: 2017CV73

Dear Valued Customer,

Thank you for ordering from ccmusic.com. Your purchase information appears below.

You will receive a shipping confirmation e-mail once your order is shipped.

If you anticipate the "Ship To" address on this order changing prior to the estimated ship dates of pre-orders or backorders, please notify us at mcatalog@ccmusic.com so that we can make the necessary changes.

## BILLING &AMP; SHIPPING INFORMATION

Billing Address:

ROLAND CHAMBERS
210 WHITE WING DR
COLUMBIA   SC   29229
USA

Shipping Address:

ROLAND CHAMBERS
210 WHITEWING DR
COLUMBIA   SC   29229
USA

## ORDER DETAILS

Order Number:          2181377
Shipping Method:       Expedited Shipping (3 - 5 Business days)

*Ex. 1*

| Qty | Item # | Description | Pric |
|-----|--------|-------------|------|
| 1 | CDBY39525 | PIMP ASSOCIATES – PLANET PIMP | 11. |

Merchandise Total:       $ 11.98
Tax:                     $ 0.00
Shipping & Processing:   $ 10.95
Total for this Order:    $ 22.93

Payment Type             MasterCard

Prices subject to change.

©2014 Collectors' Choice Music. All Rights Reserved.
Collectors' Choice Music
900 N. Rohlwing Rd.
Itasca, IL 60143

Collectors' Choice Music respects your privacy. To review our Privacy Policy click here.

**EXHIBIT 3**

*Ex. 1*



EXHIBIT 3

*Ex, 1*

## Collectors Choice Music
<mcatalog@ccmusic.com>

2/28/14



me

---

Dear Valued Customer,

Thank you for ordering from ccmusic.com. Your purchase information appears below.

You will receive a shipping confirmation e-mail once your order is shipped.

If you anticipate the "Ship To" address on this order changing prior to the estimated ship dates of pre-orders or backorders, please notify us at mcatalog@ccmusic.com so that we can make the necessary changes.

### BILLING &AMP; SHIPPING INFORMATION

Billing Address:

ROLAND CHAMBERS
210 WHITE WING DR
COLUMBIA   SC   29229
USA

Shipping Address:

ROLAND CHAMBERS
210 WHITEWING DR
COLUMBIA   SC   29229
USA

### ORDER DETAILS

Order Number:          2181377
Shipping Method:       Expedited Shipping (3 - 5 Business days)

*Ex. 1*

| Qty | Item # | Description | Price |
|-----|--------|-------------|-------|
| 1 | CDBY39525 | PIMP ASSOCIATES – PLANET PIMP | 11. |

Merchandise Total:     $ 11.98
Tax:     $ 0.00
Shipping & Processing:     $ 10.95
Total for this Order:     $ 22.93

Payment Type     MasterCard

Prices subject to change.

©2014 Collectors' Choice Music. All Rights Reserved.
Collectors' Choice Music
900 N. Rohlwing Rd.
Itasca, IL 60143

Collectors' Choice Music respects your privacy. To review our Privacy Policy click here.





EXHIBIT 3



**Pimp Associates: Planet Pimp**

**Artist:** Pimp Associates
**Genre:** Hiphop ~ Rap
**Label:** Pimp Associates
**Catalog No:** CDBY 5637432920
**Format:** CD
**Release Date:** 2001-08-28 (Original ~ 2001)
**Number of Discs:** 1
**Studio/Live:** Studio
**Mono/Stereo:** Stereo
**UPC Code:** 643157039525

**List Price:** $15.99    **Your Price:** $13.29
**Low stock, usually ships in 4 - 5 days**

Rate this Album

Login or Create an Account to write a review

**Add to Cart**

Add to Wish List

**New Recommendations**

Ledisi
Pieces of Me
$13.98 $11.38

Dee Dee Bridgew...
Red Earth
$18.48 $16.37

Warren Haynes
Man in Motion [Digipak]
$17.98 $15.87

Track List | Notes & Reviews

**Track List**

▸ This Life

▸ All in My Grill

Find Us On Facebook

800 222-6872
Mon-Fri I am-7pm

3-11                                EXHIBIT 3

DATE FILED March 2017
CASE NUMBER 2017-473

Ex. 2



*Ex. 3*



Ex. 3



EXHIBIT 3

*Ex. 3*



**Planet Pimp**
Pimp Associates | Format: Audio CD
Be the first to review this item

Price: $19.24 & FREE Shipping on orders over $35. Details

**Temporarily out of stock.**
Order now and we'll deliver when available. We'll e-mail you with an estimated delivery date as soon as we have more information.
Your account will only be charged when we ship the item.
Ships from and sold by **Amazon.com**. Gift-wrap available.

4 new from $12.65     1 used from $24.05

Another used unit, priced differently, which is sold within a 5 day period and no longer available on Exhibit G, which is less than a week after this Exhibit (H).

2 out of 4 listings sold before Exhibit G was prepared. During the short period of monitoring for sales, and even after distributor and vendors were contacted, Exhibit B reflects that even more discs became available for sale. These new listings were priced even higher and available through various Amazon global websites proving that the in-stock quantity just within Amazon.com's marketplace was way beyond the quantity produced or authorized.

**3-15**                                                                                                      **EXHIBIT 3**

*Ex. 3*

CD Baby / cdbaby@cdbaby.com / cdbaby.com / (503)595-3000 / 13909 NE Airport Way Portland OR 97230-3441 / USA

| RECEIPT FOR ORDER: SO02751104 | INVOICE #: SINV02732200 | DATE: February16 2014 |
| --- | --- | --- |

| Item | Qty | Description | Unit Price | Total |
| --- | --- | --- | --- | --- |
| pimp | 1.00 | Pimp Associates: Planet Pimp | 12.65 | 12.65 |
| | | | subTotal: | 12.65 |

## STANDARD -

PW00026438

**Amazon Order ID: 114-7950904-3535435**

Thanks for buying from CD Baby on Amazon.com Marketplace!  We would LOVE to hear from you.  Please leave us feedback at www.amazon.com/feedback.

If you need to contact us regarding your order, please visit Amazon.com and click on "Your Account" at the top of any page. In Your Account, go to the "Orders" section and click on the link "Leave seller feedback". Select the order or click on the "View Order" button. Click on the "seller profile" under the appropriate product and, on the lower right side of the page under "Seller Help", click on "Contact this seller".

FOR UPS SHIPPING ONLY

Ex. 3



EXHIBIT 3



EXHIBIT 3

iates planet pimp video - ... ×  Pimp Associates | Planet Pimp | CD B... ×  Pimp Associates Planet Pimp CD Al... ×  +

pimp     Ex. 4     ☆ ▾ C   8 ▾ Google



| | | | |
|---|---|---|---|
| 10. Tryna Get It | | 0:00 | *album only* |
| 11. Please You | | 0:00 | *album only* |

▶ *preview all songs*

ⓘ **ABOUT THIS ALBUM**

**Album Notes**

This album was freestyled by these artist.

These guys were just having fun and sound better than most big leauge rappers.

This Cd also has a hot video on it that you gotta check out.

The video is so cool that you wonder whats going on in the Party Capital New Orleans.

These guys are the hottest guys in New Orleans.

!2 Tracks and one Video

⊖ Read less....

**Reviews**

*Log in* **to write a review**

3-19     EXHIBIT 3



niverse

MUSIC  MOVIES  GAMES

» Search Everything

Existing Customers? Sign In

MP3 Downloads  Classical

Large Front

**Pimp Associates – Planet Pimp CD**

More by Pimp Associates

● Buy CD Album

Our Price: **$17.45**

CD For Sale Backordered since 2/17/2014

Available from Amazon Marketplace

2 New from $19.24

**Email Me When Available**

only regarding the availability of this

DATE FILED: March 3, 2017
CASE NUMBER: 2017CV73

Some vendors began to pull listing per request, yet still Amazon.com's marketplace continued to have a global supply on various pages

▶ **Planet Pimp songs Product Information**

**Category** Rock/Pop Albums, R&B CDs, Rap

▶ **Planet Pimp album for sale Product Description**

Planet Pimp album for sale by Pimp Associates was released Aug 28, 2001 on the Pimp Associates label. This album was freestyled by these artist. Planet Pimp CD music contains a single disc with 11 songs.

These guys were just having fun and sound better than most big league rappers.

This Cd also has a hot video on it that you gotta check out Planet Pimp songs.

The video is so cool that you wonder whats going on in the Party Capital New Orleans Planet Pimp album for sale.

These guys are the hottest guys in New Orleans Planet Pimp CD music.  ...See full Description

▶ **Pimp Associates – Planet Pimp Album Track Listing**

| Trk | Song |
|-----|------|
| 1 | This Life |
| 2 | All in My Grill |
| 3 | Lights Off Cameras & Action |
| 4 | Thuggin |
| 5 | Gotta Be |
| 6 | French Consent |
| 7 | All in My Grill (Screwed & |
| 8 | Thuggin (Phased Out & |
| 9 | What Ya Workin With |
| 10 | Tryna Get It |
| 11 | Please You |

Additional Track Information Planet Pimp songs

*This does not state that there are only 11 tracks, but that 11 tracks have been listed with additional track information

Related Links

○ Add to WishList

Sign Up to see your friends

Current Top Sellers

1. Fresh Picked: B Common 8/17/
   Allman Brothers
2. Outsiders
   Eric Church
3. There Is Nothing a Lois: The Lost Parodie
   Allan Sherman
4. Retrospective
   Animals
5. High Hopes
   Bruce Springsti
» All Time Top Sel

New Releases

This Week

1. Fresh Picked: B Common 8/17/2
   Allman Brothers
2. Music Speaks
   Candice Glover
3. There is Nothing a Lois: The Lost Parodie
   Allan Sherman
4. Play All Night: Li the Beacon Thea 1992
   Allman Brothers
5. Voices
   Phantogram

Next Week

1. Formula, Vol. 2
   Romeo Santos
2. Whippoorwill
   Blackberry Smol
3. Racine Carree
   Stromae
4. Precious Metal
   House Of Lords
5. Internet
   Bleeding Rainbo

Top Future Releases

1. Only Forever
   Anita Baker
2. Loopified
   Dirty Loops
3. Midnight Rumble

3-20                                    **EXHIBIT 3**



EXHIBIT 3

*Ex. 6*

Type of Work:        Music

Registration Number / Date:
                     PA0001022566 / 2000-07-07

DATE FILED: March 3, 2017
CASE NUMBER: 2017CV73

Title:               Planet Pimp.

Description:         Compact disc.

Notes:               6 songs.

Performer:           Performed by Pimp Associates.

Copyright Claimant:
                     Reliable Brokering

Date of Creation:  2000

Date of Publication:
                     2000-06-27

Authorship on Application:
                     words & music: Pimp Associates, pseud.

Copyright Note:    C.O. correspondence.

Names:               Reliable Brokering
                     Pimp Associates, pseud.

=======================================================================
=======

EXHIBIT 3

*Ex. 7*

**FEE CHANGES**
Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

116620373

116620373

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-022-566**

FILED EXHIBIT: March 3, 2017
CASE NUMBER: 2017CV73

EFFECTIVE DATE OF REGISTRATION

7/7/00

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

PLANET PIMP

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Music C.D

**2**

**a** NAME OF AUTHOR ▼

Pimp Associates

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of U.S.A.
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

Words and Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.

2000 ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.

Month ► 12.0    Day ► 22    Year ► 2000    U.S.A    ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

3534½ Clematis Ave.
New Orleans, LA 70122
Reliable Brokering

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Published music C.D for author all rights were transfered by author.

APPLICATION RECEIVED   FEB 20 2001
ONE DEPOSIT RECEIVED    JUL 07 2000
TWO DEPOSITS RECEIVED   JUL 07 2000
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ►  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

**EXHIBIT 3**

| EXAMINED BY | *(signature)* Robt / CJ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Roland Chambers Jr. c/o Reliable Brokering
3534½ Clematis Ave.
New Orleans, LA 70122

Area code and daytime telephone number ▶ (504) 947-3835     Fax number ▶ (530) 376-9718

Email ▶ Reliable-Brokering @ excite.com

**b**

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___Reliable Brokering___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Reliable BrokerINC                                    Date ▶ 06-27-2000

Handwritten signature (X) ▼

☞    x  Reliable Brokering

**Certificate will be mailed in window envelope to this address:**

Name ▼  Reliable Broker INC

Number/Street/Apt ▼  3534½ Clematis Ave.

City/State/ZIP ▼  New Orleans, LA 70122

**9**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form PA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.   ♻ PRINTED ON RECYCLED PAPER

June 1999—200,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

*Ex. J*

EXAMINED BY ............................................ **FORM PA**

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Roland Chambers Jr.  c/o Reliable Brokering
3534½ Clematis Ave.
New Orleans, LA  70122
Area code and daytime telephone number ▶ ( 504 ) 947-3835    Fax number ▶ ( 530 ) 326-9718
Email ▶ Reliable-Brokering @ excite.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☑ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  *Reliable Brokering*
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Reliable Brokering INC.    Date ▶ No 27-2000

Handwritten signature (X) ▼
☞  x *Reliable Brokering*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Reliable Broker INC.
Number/Street/Apt ▼
3534½ Clematis Ave.
City/State/ZIP ▼
New Orleans, LA  70122

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

**9**

*17 U.S.C. § 509(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000    ♻ PRINTED ON RECYCLED PAPER    ✯ U.S. GOVERNMENT PRINTING OFFICE: 1990-454-879/68
WEB REV: June 1999

Ex. 8

I Christina M.Jackson here by soley relinquish all ownership rights to Reliable Brokering (EIN) 72-1473055 located at 1099 Elliott Loop St. Martinville, Louisiana 70582. I herby give up full rights to my 50% share of the business and all assests to Roland Chambers Jr. Roland Chambers Jr. will now fully own 100% of the business assets and property, and will maintain operation as needed.

Christina M. Jackson is relieved of all liabilities & will be
removed from IRS records as deemed appropriate of this date.

RC

_Roland Chambers Jr._
Roland chambers Jr.                    05-09-2014
                                        **date**

_Christina M. Jackson_
Christina M.Jackson                    05/09/14
                                        **date**

witness                                 5/9/14
                                        **date**

notary public                           5/09/2014
                                        **date**
                    10/07/2014

[Notary seal: THOMAS A. MALLOY / NOTARY PUBLIC / SOUTH CAROLINA]

*Ex. 7*

## STATUTORY DAMAGES (willful infringement)

**Chambers vs. Amazon.com**

DATE FILED: March 3, 2017
CASE NUMBER: 2017CV73

Based on Amendments of the Statutory Damages Enhancement

Section 504(c) of title 17, United States Code

Violation Realized in 02/2014

Years of ongoing violation:                                    2001-2014 (13)

Number of days in years of violation:                   13(365) = 4745

Number of songs or pieces of work violated by copyright infringement:          6 songs

Cost of daily violation for 6 songs: (150,000) (6) (4745) = 4,270,500,000

*(according to statutory damages based on Copyright Damages Enhancement Act of 1999)

Punitive damages not requiring proof (100,000 annual): 1,300,000

Punitive damages based on evidence of "willful" infringement for profit: 13(500,000) = 6,500,000

Violation of album images displayed: 13(500,000) = 6,500,000

Total demands based on Copyright Act: $4,284,800,000

**EXHIBIT 3**

## STATUTORY DAMAGES (willful infringement)

**Chambers vs. CD Baby**

Based on Amendments of the Statutory Damages Enhancement

Section 504(c) of title 17, United States Code

Violation Realized in 02/2014

Years of ongoing violation:                    2001-2014 (13)

Number of days in years of violation:          13(365) = 4745

Number of songs or pieces of work violated by copyright infringement:        6 songs

Digital Millennium Copyright Act violation (digital downloads made available):    6 songs

Cost of daily violation for 6 songs: (150,000) (6) (4745) = 4,270,500,000

*(according to statutory damages based on Copyright Damages Enhancement Act of 1999)

Punitive damages not requiring proof (100,000 annual): 1,300,000

Punitive damages based on evidence of "willful" infringement for profit: 13(500,000) = 6,500,000

Punitive damages for violation of DMCA: (5,000)(6)(4745)= 142,350,000

Violation of album images displayed: 13(500,000) = 6,500,000

Total demands based on Copyright Act and DMCA: $4,427,150,000

**EXHIBIT 3**

$Ex.9$

## STATUTORY DAMAGES (willful infringement)

**Chambers vs. CD Universe.com**

Based on Amendments of the Statutory Damages Enhancement

Section 504(c) of title 17, United States Code

Violation Realized in 02/2014

Years of ongoing violation:                           2001-2014 (13)

Number of days in years of violation:          13(365) = 4745

Number of songs or pieces of work violated by copyright infringement:          6 songs

Cost of daily violation for 6 songs: (150,000) (6) (4745) = 4,270,500,000

*(according to statutory damages based on Copyright Damages Enhancement Act of 1999)

Punitive damages not requiring proof (100,000 annual): 1,300,000

Punitive damages based on evidence of "willful" infringement for profit: 13(500,000) = 6,500,000

Violation of album images displayed: 13(500,000) = 6,500,000

Total demands based on Copyright Act: $4,284,800,000

**EXHIBIT 3**

*Ex, 9*

**STATUTORY DAMAGES (willful infringement)**

**Chambers vs. Collector's Choice/ CCMusic.com**

Based on Amendments of the Statutory Damages Enhancement

Section 504(c) of title 17, United States Code

Violation Realized in 02/2014

Years of ongoing violation:                           2001-2014 (13)

Number of days in years of violation:          13(365) = 4745

Number of songs or pieces of work violated by copyright infringement:          6 songs

Cost of daily violation for 6 songs: (150,000) (6) (4745) = 4,270,500,000

*(according to statutory damages based on Copyright Damages Enhancement Act of 1999)

Punitive damages not requiring proof (100,000 annual): 1,300,000

Punitive damages based on evidence of "willful" infringement for profit: 13(500,000) = 6,500,000

Violation of album images displayed: 13(500,000) = 6,500,000

Total demands based on Copyright Act: $4,284,800,000

*Ex. 9*

## STATUTORY DAMAGES (willful infringement)

**Chambers vs. HBDirect.com**

Based on Amendments of the Statutory Damages Enhancement

Section 504(c) of title 17, United States Code

Violation Realized in 02/2014

Years of ongoing violation:                    2001-2014 (13)

Number of days in years of violation:         13(365) = 4745

Number of songs or pieces of work violated by copyright infringement:          6 songs

Cost of daily violation for 6 songs: (150,000) (6) (4745) = 4,270,500,000

*(according to statutory damages based on Copyright Damages Enhancement Act of 1999)

Punitive damages not requiring proof (100,000 annual): 1,300,000

Punitive damages based on evidence of "willful" infringement for profit: 13(500,000) = 6,500,000

Violation of album images displayed: 13(500,000) = 6,500,000

Total demands based on Copyright Act: $4,284,800,000

**EXHIBIT 3**

*Ex. 9*

## STATUTORY DAMAGES (willful infringement)

**Chambers vs. Sears.com**

Based on Amendments of the Statutory Damages Enhancement

Section 504(c) of title 17, United States Code

Violation Realized in 02/2014

Years of ongoing violation:                    2001-2014 (13)

Number of days in years of violation:        13(365) = 4745

Number of songs or pieces of work violated by copyright infringement:        6 songs

Cost of daily violation for 6 songs: (150,000) (6) (4745) = 4,270,500,000

*(according to statutory damages based on Copyright Damages Enhancement Act of 1999)

Punitive damages not requiring proof (100,000 annual): 1,300,000

Punitive damages based on evidence of "willful" infringement for profit: 13(500,000) = 6,500,000

Violation of album images displayed: 13(500,000) = 6,500,000

Total demands based on Copyright Act: $4,284,800,000