# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01166-RM-STV

ROLAND CHAMBERS, JR., c/o Reliable Brokering,

    Plaintiff,

v.

AMAZON.COM INC.,
CCMUSIC.COM,
CD BABY,
CD UNIVERSE,
HBDIRECT.COM, and
SEARS.COM,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 41) of Judge Raymond P. Moore entered on March 12, 2018, it is

ORDERED that the Report and Recommendation of United States Magistrate Judge Varholak (Doc. 36) is adopted. It is

FURTHER ORDERED that any State law claims are remanded to the District Court for Arapahoe County, Colorado. It is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. 17) is granted in part to the extent that Plaintiff's claims under federal law are dismissed with prejudice, and denied in part to the extent that any State law claims Plaintiff may have raised in his Complaint are remanded. It is

FURTHER ORDERED that Plaintiff's Motion for Appointment of Counsel (Doc. 39) is denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff, with respect to Plaintiff's claims under federal law only. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 12th day of March, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ C. Pearson

C. Pearson
Deputy Clerk